IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

Justus L. Swan , Plaintiff

v.

Days Inn Wyndham ,

_____ ,

_____ ,

_____ , Defendant(s).

**Jury Trial requested:**
(please check one)
__X__ Yes ____ No

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 30 2025

JEFFREY P. COLWELL
CLERK

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

**PRISONER COMPLAINT**

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Justys L. Swan / 000814315 / 2250 West 76th Ave 612
(Name, prisoner identification number, and complete mailing address)

n/A
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

X   Pretrial detainee
___  Civilly committed detainee
___  Immigration detainee
___  Convicted and sentenced state prisoner
___  Convicted and sentenced federal prisoner
___  Other: (*Please explain*) _____


B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Owner - Days Inn Wyndham \ 903 E Colfax Ave Denver, CO 80218
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes X No (*check one*). Briefly explain:

He violated my constitutional Amendment rights.

Defendant 1 is being sued in his/her X individual and/or X official capacity.

2

Defendant 2: _n/a_____
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:
_n/a_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: _n/a_____
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:
_n/a_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

__X__  State/Local Official (42 U.S.C. § 1983)

____  Federal Official
As to the federal official, are you seeking:
____ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
____ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

____  Other: (*please identify*) _n/a_____

## D.   STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: 1st Amendment, 4th Amendment, 9th Amendment

Claim one is asserted against these Defendant(s):

Supporting facts:

He stopped me from going to my room by threathing me with Aggressiveness and with the police, and I was going half on the room with close friends, wouldn't let me go get my things and I had stuff missing and when I told him I was suing him he got Aggressive try'd to snatch my phone I was recording on and He put me in a Armbar and tried to break my Arm and when he let me go I grabbed my things walked outside. He followed me and kept coming At me with Headbutts and pushing me. And thats why I was recording my person. He had Asked me where was my room, I told him and He kicked me out, Assaulted me, put me out on the street when I had work and just got out of jail. My rotater cuff has been dislocating ever since, I had to walk with my suit case and bags in the cold when I had paid to stay there. And Also his

4

receptionist the Night before gave me a deal and told me she would let me stay Another night to take out there business Dump (trash). I did so! He called me racial slurrs (Nigger Lover) and (get my Black ass on) I feel offended, I got Hurt, I took a loss, got kicked out of my room when I paid my Half, Just got off work and was sleepy and got kicked out on the street when I got off work. He has the business video footage of the ~~~~ ASSAULT and Him trying to take my phone, And I have footage As well. And when he put me in A Armbar He made me drop my phone and Broke my I-phone screen As well. All of this is on footage.

E.   PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____n/a_____

Docket number and court: _____n/a_____

Claims raised: _____n/a_____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) _____n/a_____

Reasons for dismissal, if dismissed: _____n/a_____

Result on appeal, if appealed: _____n/a_____


F.   ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

___ Yes _X_ No (*check one*)

Did you exhaust administrative remedies?

_X_ Yes ___ No (*check one*)

5

### G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

I want $10,000,000 million united States dollars, for pain and suffering, violation of my 1st, 4th and 9th Amendment. And my mental Health, court fees and Broken phone, And transportation fee. I want to put A Lean on All the owners Assets and Businesses until he has finished with me.

### H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

04-23-25
_____
(Date)

(Revised November 2022)

6

L. Swopa #0008l4315
Denver Sheriff Department
P.O. Box 1108
Denver, CO 80201

US POSTAGE PITNEY BOWES
ZIP 80204 $ 000.69⁰
02 4W
0000345735 APR 28 2025

Office of the Clerk, United States
District Court
901 - 19th Street, Room A105
Denver, CO 80264-3589

Legal Mail